UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE JEAN-LOUIS,<br><br>                              Plaintiff,<br><br>          -against-<br><br>GOVERNORS STATE OF NEW YORK<br>MAYOR NEW YORK CITY,<br><br>                              Defendants. | 23-CV-8167 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 10, 2023
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                        Chief United States District Judge